IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TYRONE ALLEN WILSON,

    Petitioner,               No. 2:13-cv-0752 GEB EFB P

    vs.

E. VALENZUELA,

    Respondent.           <u>ORDER</u>

_____/

    Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner seeks leave to proceed *in forma pauperis*.  *See* 28 U.S.C. § 1915(a).

    Petitioner challenges a conviction in the Kern County Superior Court and so this action should have been commenced in the district court in Fresno.  E.D. Cal. Local Rule 120(d).  The court will not rule on petitioner's application for leave to proceed *in forma pauperis*.

    Accordingly, it is hereby ordered that:

    1. This action is transferred to the district court in Fresno.  *See* E.D. Cal. Local Rule 120(f).

    2. The Clerk of Court shall assign a new case number.

////

////

3. All future filings shall bear the new case number and shall be filed at:

>United States District Court
>Eastern District of California
>2500 Tulare Street
>Fresno, CA 93721

Dated: May 17, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2